**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed September 5, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-13-00744-CV

## IN RE MITSUHIRO NOMURA AND NADINE MAHEALANI NOMURA, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-42399**

## MEMORANDUM OPINION

On August 26, 2013, relators Mitsuhiro Nomura and Nadine Mahealani Nomura filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Angela Ellis, associate judge of the 315th District Court of Harris County, to transfer venue in their petition for adoption from Harris County

to Waller County. Because this court lacks jurisdiction over an associate judge, we dismiss the petition for writ of mandamus.

This court's mandamus jurisdiction is governed by section 22.221 of the Texas Government Code. Section 22.221 expressly limits the mandamus jurisdiction of the courts of appeals to (1) writs against a district court judge or county court judge within the district of the court of appeals, and (2) all writs necessary to enforce the jurisdiction of the court of appeals. Tex. Gov't Code § 22.221. We do not have jurisdiction over an associate judge. *See In re Tex. Dep't of Family & Protective Servs.*, 348 S.W.3d 492, 495 (Tex. App.—Fort Worth 2011, orig. proceeding); *In re J.W.B.*, No. 14-12-00410-CV, 2012 WL 1695208, at *1 (Tex. App.—Houston [14th Dist.] May 15, 2012, orig. proceeding) (per curiam) (mem. op.).

Accordingly, the petition for writ of mandamus is order dismissed.

PER CURIAM

Panel consists of Justices Brown, Christopher, and Donovan.